*Verdict Form*

CR00-157-RCL

**FILED**
APR 2 6 2004
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3. **James Alfred, aka Bam**

I. **Narcotics Conspiracy**

**Count One:** Conspiracy to distribute and possess with intent to distribute a controlled substance from on or about sometime in at least 1988, and continuing thereafter up to and including November 2000.

**Guilty:** ✓ 12        **Not Guilty** 0

**Controlled Substances**

(A) Mixtures and substances containing a detectable amount of cocaine, a Schedule II narcotic controlled substance.

**Proven:** ✓ 12        **Not Proven** 0

(B) Mixtures and substances containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II narcotic drug controlled substance.

**Proven** ✓ 12        **Not Proven** 0

(C) Mixtures and substances containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

**Proven** ✓ 12        **Not Proven** 0

(D) Mixtures and substances containing a detectable amount of marijuana, a Schedule I controlled substance.

**Proven** 0        **Not Proven** ✓ 12

If you find the defendant guilty of Count One, narcotics conspiracy, then you must answer the following questions relating to the amount of drugs for which the defendant is responsible, including those drugs that he actually distributed or possessed with intent to distribute, and those drugs distributed or possessed with intent to distribute by co-conspirators which the defendant knew or reasonably could have foreseen would be distributed or possessed in furtherance of the conspiracy.

14

1881

### Cocaine

(A) 5 kilograms or more of mixtures and substances containing a detectable amount of cocaine.

**Proven** ✓ 12       **Not Proven** 0

If you are unable to find unanimously that the quantity of cocaine was 5 kilograms or more, then you should consider whether the drug quantity was:

(B) 500 grams or more but less than 5 kilograms of mixtures and substances containing a detectable amount of cocaine.

**Proven**_____       **Not Proven**_____

### Cocaine Base, also known as Crack Cocaine

(A) 50 grams or more of mixtures and substances containing a detectable amount of cocaine base, also known as crack cocaine.

**Proven** ✓ 12       **Not Proven** 0

If you are unable to find unanimously that the quantity of cocaine base was 50 grams or more, then you should consider whether the drug quantity was:

(B) 5 grams or more but less than 50 grams of mixtures and substances containing a detectable amount of cocaine base, also known as crack cocaine.

**Proven**_____       **Not Proven**_____

### Heroin

(A) 1 kilogram or more of mixtures or substances containing a detectable amount of heroin.

**Proven** ✓ 12       **Not Proven** 0

If you are unable to find unanimously that the quantity of heroin was 1 kilogram or more then you should consider whether the drug quantity was:

(B) 100 grams or more but less than 1 kilogram of mixtures or substances containing a detectable amount of heroin.

**Proven**_____       **Not Proven**_____

15

## II. RICO Conspiracy

**Count Three:** Conspiracy to conduct and participate, directly and indirectly, in the affairs of an enterprise, through a pattern of racketeering activity from at least 1988 and continuing thereafter up to and including November 2000.

Guilty __✓ 12__     Not Guilty __0__

In order to find the defendant guilty of this Count, you must unanimously find that the defendant agreed that he or some other member of the enterprise would commit at least two of the racketeering acts listed below. You should make unanimous findings with respect to each of the racketeering acts listed below by marking "Proven" or "Not Proven."

**Racketeering Act 1:** Conspiracy to distribute and possess with intent to distribute a controlled substance from on or about sometime in at least 1988, and continuing thereafter up to and including November 2000.

(A) Mixtures and substances containing a detectable amount of cocaine, a schedule II narcotic drug controlled substance.

Proven __✓ 12__     Not Proven __0__

(B) Mixtures and substances containing a detectable amount of cocaine base, also known as crack cocaine, a schedule II narcotic drug controlled substance.

Proven __✓ 12__     Not Proven __0__

(C) Mixtures and substances containing a detectable amount of heroin, a Schedule I narcotic controlled substance.

Proven __✓ 12__     Not Proven __0__

(D) Mixtures and substances containing a detectable amount of marijuana, a Schedule I controlled substance.

Proven __0__     Not Proven __✓ 12__

16

**Racketeering Act 36:** First-degree murder while armed of Joseph Thomas, aka Froggy, on or about February 27, 1996.

  **Proven** ✓ 12      **Not Proven** 0

**Racketeering Act 54:** Conspiracy to commit murder of Carlos Cardoza, Jr. between on or about sometime in November and early December 1998 to December 13, 1998.

  **Proven** ✓ 12      **Not Proven** 0

### III. Homicide Counts

**Count Thirty:** First-degree murder while armed of Joseph Thomas, aka Froggy, on our about February 27, 1996.

  **Guilty** ✓ 12      **Not Guilty** 0

**Count Thirty-One:** Continuing criminal enterprise murder of Joseph Thomas, aka Froggy, on our about February 27, 1996.

  **Guilty** ✓ 12      **Not Guilty** 0

### IV. Firearm Count

**Count Seventy-Six:** Use of a firearm during and in relation to a crime of violence or drug trafficking crime on or about February 27, 1996 (Continuing criminal enterprise murder of Joseph Thomas).

  **Guilty** ✓ 12      **Not Guilty** 0

V.   **Telephone Counts**

**Count One Hundred Nineteen:** Unlawful use of a communication facility on or about June 2, 1999 (Overt Act 172).

    **Guilty** ✓ 12          **Not Guilty** 0

**Count One Hundred Twenty-Three:** Unlawful use of a communication facility on or about June 4, 1999 (Overt Act 179).

    **Guilty** ✓ 12          **Not Guilty** 0

**Count One Hundred Twenty-Eight:** Unlawful use of a communication facility on or about June 9, 1999 (Overt Act 190).

    **Guilty** ✓ 12          **Not Guilty** 0

4.23.04
**DATE**

#10
**FOREPERSON**
**(SIGN JUROR NUMBER ONLY)**

18