UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES of AMERICA | ) | |
| | ) | |
| vs. | ) | No. 1:00-cr-00157 |
| | ) | |
| JAMES W. ALFRED, | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

The undersigned attorney, having been appointed as CJA Panel counsel for the Defendant, James W. Alfred, hereby enters his appearance as counsel for the Defendant in this matter.

Date:  October 23, 2020               Respectfully submitted,


                                      /s/ Paul F. Enzinna
                                      Ellerman Enzinna PLLC
                                      1050 30th Street, NW
                                      Washington, DC 20007
                                      202.753.5553
                                      penzinna@ellermanenzinna.com


                                      *Counsel for Defendant James W. Alfred*

**CERTIFICATE OF SERVICE**

    I certify that on October 23, 2020, a copy of the foregoing Entry of Appearance was filed using the CM/ECF system, which will then send notification of such filing to all counsel of record.

                             Respectfully submitted,

Date: October 23, 2020       /s/ Paul F. Enzinna
                                      Ellerman Enzinna PLLC
                                      1050 30th Street, NW
                                      Washington, DC 20007
                                      202.753.5553
                                      penzinna@ellermanenzinna.com

                                      *Counsel for Defendant James W. Alfred*